UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DANA TRIPP,

     Plaintiff,

                          Case No. 1:26-cv-47

v.

                          HONORABLE PAUL L. MALONEY

COMMISSIONER OF SOCIAL SECURITY,

     Defendant.
_____/

## JUDGMENT

     In accordance with the Order of Remand entered on this date:

     **IT IS HEREBY ORDERED** that Judgment is entered.

Dated:  July 14, 2026                      /s/ Paul L. Maloney_____
                                         Paul L. Maloney
                                         United States District Judge